STATE OF NEW JERSEY v. STEFANO MAZZOLA.

February 16, 1984.

Petition for certification denied.

RIORANO, INC. v. WEYMOUTH TOWNSHIP.

February 16, 1984.

Petition for certification denied.

RONALD H. MISHKIN v. BOROUGH OF FRANKLIN.

February 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JUAN MARTINEZ.

February 16, 1984.

Petition for certification granted.